# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-316
Lower Tribunal No. 18-CA-4542

_____

SUSANNA SOLANA,

Appellant,

v.

WYNN BUILDERS & CONTRACTORS, INC.,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Joseph C. Fuller, Judge.

November 21, 2023

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and WOZNIAK, JJ., concur.


Alexander Brockmeyer and Stephen Smith, of Boyle, Leonard & Anderson, P.A.,
Fort Myers, for Appellant.

Megan G. Colter and Thomas A. Valdez, of Quintairos, Prieto, Wood & Boyer, P.A.,
Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED